IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| DANIELLE CRIDER | § | |
| | § | |
| v. | § | 2:16-CV-190 |
| | § | (Crim. Case No. 2:14-CR-0059 (02)) |
| UNITED STATES OF AMERICA | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION and DENYING MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE

Came for consideration the motion to vacate, set aside, or correct sentence by a person in federal custody filed by defendant DANIELLE CRIDER. On June 16, 2017, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that the instant motion to vacate be dismissed and the motion to reduce sentence pursuant to 18 U.S.C. § 3582(c) be denied.

Having made an independent examination of the record in this case and having examined the Report and Recommendation of the Magistrate Judge, the undersigned United States District Judge hereby ADOPTS the Report and Recommendation. Accordingly, the Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence filed by defendant is, in all things, DISMISSED, and her motion pursuant to § 3582(c) is DENIED.

IT IS SO ORDERED.

ENTERED this __24th__ day of July 2017.

s/ Mary Lou Robinson
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE